22-02-0187-S

On Friday, February 18, 2022, at approximately 1653 hours INV J. Evans interviewed D/O Cannon W. McLeod concerning an incident that occurred inside the Appling County Detention Center on Friday, January 29, 2022, involving I/M Tremar Harris. Prior to beginning the interview, INV Evans read D/O McLeod his Garrity Warning. D/O McLeod advised he understood these rights, signed, and dated the attached document. D/O McLeod relayed the following:

D/O McLeod advised INV Evans that Saturday, January 29th began as a normal day. D/O McLeod said around lunch, I/M Tremar Harris started spreading feces on the wall inside his cell. D/Os spoke with I/M Harris. I/M Harris apologized for his actions and cleaned up the mess he made.

After that, I/M Harris repeated his actions with feces, apologizing for his actions and again cleaning it up.

Later in the day, D/O McLeod said during the third or fourth occurrence of the same actions I/M Harris was placed in the restraint chair. D/O McLeod said I/M Harris continued to free the restraints. D/O McLeod explained this was the first time he had used the restraint chair.

On the last two (2) visits in the segregation cell with I/M Harris, D/O William Rentz accompanied other D/Os. On the final visit, I/M Harris' wrists were secured using handcuffs. After I/M Harris was secured, D/O Rentz placed leg iron restraints around the upper portion of I/M Harris' chest and pulled back. D/O Rentz told I/M Harris if you get out again, I'm gonna restrain you by your neck or something to that effect according to D/O McLeod. D/O McLeod could not remember the exact words but knew the verbiage he relayed was similar to what was communicated.

INV Evans requested D/O McLeod identify D/Os that assisted with or went into I/M Harris' cell. D/O McLeod said the first visit consisted of himself and D/Os Gonzalez and McCullough. After the first incident with I/M Harris, D/O called Jail Administrator CPT A. Bell. D/O McLeod had not experienced any behavior or actions I/M Harris was responsible for. D/O McLeod said CPT Bell came to the Jail and spoke with I/M Harris.

D/O McLeod could not recall who assisted with I/M Harris during the other incidents on Saturday with the exception of the final contact. D/O McLeod said the final visit was conducted by D/Os Rentz, McLeod, Fennell, and Brannon. D/O McLeod said he assisted with restraining the wrist of I/M Harris. After I/M Harris was secured, he stepped to the side.

D/O McLeod said D/O Rentzs' actions took him by surprise. D/O McLeod claimed he did not know what to think.

D/O McLeod did not complete any type of report about this incident. D/O McLeod said he thought D/O Rentz had been there longer than he had. D/O McLeod told INV Evans he now realizes he should have reported and completed documentation about this incident. This was reiterated during the Basic Jailer School D/O McLeod attended and completed January 31 – February 11 in Ware County.

D/O McLeod closed by stating he realizes how important it is.

22-02-0187-S

On Monday, February 7, 2022, at approximately 1300 hours INV J. Evans interviewed D/O Daydan Brannon in the interview room at the Appling County Sheriff's Office. D/O Brannon was interviewed concerning an incident occurring on January 29, 2022, inside the padded cell in segregation involving I/M Tremar Harris. Prior to beginning the interview, INV Evans read D/O Brannon his statement of rights. These rights are also referred to as Garrity Warning. As INV Evans read the document, D/O Brannon read alone. At the conclusion, D/O Brannon advised he understood his rights, initialed beside 1 thru 6 and signed the attached document. D/O Brannon relayed the following:

According to D/O Brannon he was working the split shirt on Saturday, January 29, 2022. This shift works from 1200 to 2400 hours. D/O Brannon understood prior to reporting for duty, Detention staff had been dealing with I/M Harris and issues he was causing. D/O Brannon explained I/M Harris was not complying with requests, spreading feces, and urinating (on wall and door) inside his cell. I/M Harris supposedly tore up four (4) jump suits and three (3) bed mattresses. D/O Brannon said he felt I/M Harris wanted his way. D/O Brannon did not know what time these acts were committed by I/M Harris.

D/O Brannon said I/M Harris was causing problems in the cell between 1430 and 1500 hours. When D/Os entered the cell, D/O McCullough carried the shield. D/O Brannon followed D/O McCullough into the cell. I/M Harris was threatening the D/Os. D/O Brannon claimed he was attempting to calm I/M Harris down.

INV Evans inquired about I/M Harris' actions. D/O Brannon said I/M Harris swung at the D/Os and knocked the hat off D/O McCullough. D/O Brannon said I/M Harris spit on him twice.

D/O Brannon said around 1700 hours I/M Harris smeared feces on the wall again. D/O Brannon was on pill call but knew D/Os secured I/M Harris in the restraint chair. D/O Brannon said after I/M Harris was restrained, he (I/M Harris) freed his arm. This occurred several times. D/O Brannon recalled D/O Rentz came in early and assisted with securing I/M Harris in the chair. D/O Gonzalez was working in the tower.

After I/M Harris freed his arm, D/O Rentz assisted the D/Os (Brannon, Ansley Fennell and McCullogh) with returning in the cell and securing I/M Harris. D/O Brannon described D/O Rentz bringing two (2) pairs of hand cuffs and leg shackles with him. D/O Brannon said I/M Harris' arm / wrist was secured using the handcuffs with the rods in the chair. D/O Brannon said the shackles were not used. According to D/O Brannon, D/O Rentz placed the shackles on the arm of the restraint chair after they were not needed or used to secure I/M Harris. D/O Brannon recalled I/M Harris making comments about being hungry. D/O Brannon said D/O Rentz told I/M Harris he was fucking up my dinner too and I'm hungry. There were additional comments made, but D/O Brannon could not recall them. D/O Brannon claimed he was standing guard during this process. After this, the D/Os exited the cell.

When dinner / sack meals were served, D/O Rentz told D/O Brannon to undo I/M Harris' right hand to allow him to eat. I/M Harris asked to be removed from the segregation cell. According to D/O Brannon he was not aware of other issues with I/M Harris. D/O Brannon said he became sick and went home early around 1930 hours.

INV Evans asked D/O Brannon to explain what happened in the cell when I/M Harris was secured. D/O Brannon said prior to departing the cell, D/O Rentz removed the leg shackles from the handle on the chair, wrapped them around the shoulder – chest area. D/O Brannon claimed D/O Rentz did not choke I/M Harris and did not remember them (shackles) being around I/M Harris' neck. According to D/O Brannon, I/M Harris and D/O Rentz were joking back and forth. Specifically, I/M Harris asked D/O Rentz what you going to do big papa when he had the shackles.

INV Evans asked D/O Brannon if he reported any acts to his supervisor? D/O Brannon said he told D/O Gonzalez (who was working in the tower) and D/O Amber Brown about I/M Harris actions. D/O Brannon said he noticed I/M Harris when he (D/O Brannon) was checking the segregation wing.

D/O Brannon told INV Evans he has not reviewed the video of the incidents he described occurring on January 29th.

No further relevant information was obtained.

21-02-0187-S

On Friday, February 11, 2022, at approximately 0924 hours INV J. Evans interviewed D/O Ansley Fennell concerning an incident that occurred inside the Appling County Detention Center on Friday, January 29, 2022, involving I/M Tremar Harris. Prior to beginning the interview, INV Evans read D/O Fennell her Garrity Warning. D/O Brown advised she understood these rights, signed, and dated the attached document. D/O Fennell relayed the following:

D/O Fennell has been employed as a D/O since July 31, 2021.

D/O Fennell recalled I/M Harris misbehaving on Saturday, January 29th. D/O Fennell explained I/M Harris was smearing pooh everywhere and was put in the restraint chair a couple of times during the day. D/O Fennell could not recall the exact number of times I/M Harris was secured in the restraint chair.

Near shift change, D/O Fennell said I/M Harris had freed an arm that had been secured. When this occurred, D/Os William Rentz and Fennell obtained two (2) pairs of leg irons and two (2) pairs of handcuffs. According to D/O Fennell, she and D/Os Rentz, McLeod and Brannon went into the cell. I/M Harris' arms were restrained using the handcuffs to a bar on the chair. D/O Fennell said they were preparing to exit the cell when D/O Rentz grab a pair of leg irons, put them around I/M Harris' neck and said something. D/O Fennell claimed she could not recall what D/O Rentz or I/M Harris said. D/O Rentz removed the leg irons, and the D/Os left the cell identified by D/O Brown as Segregation 2.

D/O Fennell said she did not document anything about this incident. However, D/O Fennell advised she knew she should have.

When asked if D/O Fennell knew if any documentation had been completed concerning this incident, D/O Fennel advised she did not know.

No additional information was obtained.

