UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| TREMAR HARRIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 2:24-CV-9 |
| | : | |
| OFFICER WILLIAM RENTZ, | : | |
| | : | |
| Defendant. | : | |

PLAINTIFF'S STATEMENT OF ADDITIONAL FACTS

COMES NOW, Plaintiff, Tremar Harris, by and through undersigned counsel, and files Plaintiff's Statement of Additional Facts as follows:

1. Plaintiff submitted a written grievance to Sheriff Adam Bell about the incident between him and Defendant Rentz. *See* (Doc. 26-2 - Deposition of Tremar Harris taken June 28, 2024, at pg. 60:9-17.)

2. Plaintiff never received a response to his written grievance. Doc. 26-2 at pgs. 61:20 – 62:4.

Respectfully submitted this 19th day of September 2024.

/s/ *Harry M. Daniels*
Harry M. Daniels, Esq.
Georgia State Bar No. 234158
Pro Hac Vice

LAW OFFICES OF HARRY M. DANIELS, LLC
4751 Best Road, Suite 490
Atlanta, Georgia 30337
Telephone: (678) 664-8529
Facsimile: (800) 867-5248
daniels@harrymdaniels.com

/s/ *M. Waite Thomas*
M. Waite Thomas, Esq.
Georgia State Bar No. 617667
Attorney for Plaintiff

TAYLOR ODACHOWSKI SCHMIDT
& CROSSLAND, LLC
300 Oak Street, Suite 200
St. Simons Island, Georgia 31522
Telephone: (912) 634-0955
Facsimile: (912) 638-9739
wthomas@tosclaw.com

## CERTIFICATE OF SERVICE

This hereby certifies that on this day, I electronically filed the Plaintiff's Amended Complaint with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

/s/ *Harry M. Daniels*
Harry M. Daniels, Esq.
Georgia State Bar No. 234158
Pro Hac Vice

LAW OFFICES OF HARRY M. DANIELS, LLC
4751 Best Road, Suite 490
Atlanta, Georgia 30337
Telephone: (678) 664-8529
Facsimile: (800) 867-5248
daniels@harrymdaniels.com