1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

TREMAR HARRIS,                    )
        Plaintiff,        )   Civil Action
vs.                               )   No. 2:24-CV-9
OFFICER WILLIAM RENTZ,            )
individually, OFFICER JOHN
DOE 1-3, individually,            )
        Defendant.        )
_____

DEPOSITION OF

TREMAR HARRIS

Taken June 28, 2024, at 10:52 a.m.

Appling ITF
252 West Park Drive
Baxley, Georgia 31513

Janell A. Buchanan, Certified Court Reporter, B-1914

**Gilbert & Jones**
Certified Court Reporters

P. O. Box 1894 (31521)
1607 Norwich Street
Brunswick, GA 31520

gilbertandjones1@gmail.com
912.264.1670

P. O. Box 14515 (31416)
7505 Waters Avenue, F3
Savannah, GA 31406

EXHIBIT A

2

1                    APPEARANCES OF COUNSEL

2

3    On behalf of the Plaintiff:

4        CRYSTAL CAREY, Esq.
         Law Offices of Harry M. Daniels
5        4751 Best Road
         Suite 490
6        Atlanta, Georgia 30337
         (678) 664-8529
7        carey@harrymdaniels.com

8

9

10   On behalf of Defendant Rentz:

11       BEN T. TUTEN, Esq.
         Oliver Maner LLP
12       Post Office Box 10186
         Savannah, Georgia 31412
13       (912) 236-3311
         btuten@olivermaner.com

14

15

16

17

18

19   ALSO PRESENT:

20       HUGH J. McCULLOUGH

21       WILLIAM RENTZ

22

23

24

25

| | | |
|---|---|---|
| 1 | | as a result of this incident, did you? |
| 2 | A. | No, sir. |
| 3 | Q. | You didn't seek any -- |
| 4 | A. | I couldn't breathe. I couldn't breathe. |
| 5 | Q. | But you didn't seek any medical treatment? |
| 6 | A. | They didn't give me any. |
| 7 | Q. | Did you ask for any? |
| 8 | A. | No, sir. |
| 9 | Q. | Did you have any kind of soreness in your |
| 10 | | neck? |
| 11 | A. | A little bit. |
| 12 | Q. | But that went away on its own? |
| 13 | A. | Yes, sir. |
| 14 | Q. | In less than a day? |
| 15 | A. | A few days. |
| 16 | Q. | Okay. Did you ever complain about being |
| 17 | | in pain to anyone at the jail? |
| 18 | A. | I had done got out by then. |
| 19 | Q. | Okay. When did you get out after this |
| 20 | | happened? |
| 21 | A. | I think they -- I think I went to Georgia |
| 22 | | Regional. That's where I went. |
| 23 | Q. | Okay. After you got out of Appling County |
| 24 | | Jail? |
| 25 | A. | Um-hum (affirmative). |

1  Q. Did you get discharged this same day?
2  A. I don't think so. I can't remember. I
3  don't think so, though, no.
4  Q. But shortly thereafter?
5  A. Um-hum (affirmative).
6  Q. Given the video that we've watched, could
7  you agree with me that Mr. Rentz did not use a shock
8  shield on you?
9  A. Use a shock shield?
10 Q. Yes.
11 A. Yes.
12 Q. Yes, he did or, no, he did not?
13 A. He didn't.
14 Q. He did not use a shock shield?
15 A. (Shakes head negatively.)
16 Q. Okay. And he certainly didn't use a shock
17 shield on you that day?
18 A. (Shakes head negatively.)
19 Q. Okay. Make sure you give a yes or no
20 answer, Mr. Harris, so that the court reporter can
21 pick it up, but you're doing a good job with it.
22      I am going to show you what we will mark
23 as Exhibit 8, if I can find my pen.
24      Can I borrow your pen?
25      MR. McCULLOUGH: Go right ahead.

1         MR. TUTEN:  I'll give you that back.

2         (Exhibit 8 was marked for identification.)

3     Q.  (By Mr. Tuten)  This is the Complaint that

4   you filed in the Southern District of Georgia, and I

5   specifically want you to look at Page 3, Paragraph 10

6   and 11.

7     A.  (Reviewing document.)

8     Q.  Have you read this document before,

9   Mr. Harris?

10    A.  No, sir.

11    Q.  Okay.  Paragraph 10 reads:  After lunch on

12  January 29th, Defendant Corrections Officer William

13  Rentz and Defendant Corrections Officers John Does

14  entered plaintiff's cell with a shock shield - an

15  electrified shield designed to deliver an electric

16  shock to those who come into contact with it.

17        Paragraph 11:  In using the shock shield,

18  Defendants Rentz and John Does delivered several

19  shocks to plaintiff.

20        Could you agree with me now, having been

21  through this deposition and having to watch this

22  footage, that Mr. Rentz did not use a shock shield on

23  you?

24    A.  I guess not.

25    Q.  So what you've alleged in Paragraph 10 and

1  11, certainly in Paragraph 11, regarding Mr. Rentz is
2  not true; correct?
3      A.    I guess not.
4      Q.    Did you have any other interactions with
5  Mr. Rentz on January 29th after what happened in the
6  cell with you?
7      A.    I think -- I think he came back in later
8  and told me that -- after he told me, he said he was
9  just playing or something like that.
10     Q.    Okay.  He came back and told you he was
11 just playing?
12     A.    Yeah.
13     Q.    Okay.  Do you know about how long after
14 this happened that was?
15     A.    No.
16     Q.    Was that the only --
17     A.    It might have been right after.  I don't
18 know.
19     Q.    Maybe right after?
20     A.    Maybe.  I don't know.  I can't remember.
21     Q.    Okay.  Is that the only other interaction
22 you had with Mr. Rentz that day?
23     A.    Um-hum (affirmative).
24     Q.    Did you have any other interactions with
25 -- strike that.

1     Did you have any other interactions with
2  Mr. Rentz at all after the events that were depicted
3  in Exhibit 7 beyond the conversation you just told me
4  about?
5     A.    No, sir.
6     Q.    So you've not talked to him at all since
7  this happened beyond that one conversation?
8     A.    No.
9     Q.    Did you tell anyone at the jail about what
10 you contend happened between yourself and Mr. Rentz?
11    A.    I told Adam Bell.
12    Q.    Did you verbally tell Adam Bell?
13    A.    Yeah.
14    Q.    And was that in addition to writing a
15 grievance?
16    A.    That's -- I wrote a grievance.  That's how
17 I told him.
18    Q.    Okay.  So you wrote the grievance?  You
19 didn't tell him in person?  You didn't have a
20 conversation with him?
21    A.    Yeah, I had a conversation with him.
22    Q.    Okay.  Well, help me understand that then.
23 Because you have a written grievance; right?
24    A.    Yeah.  I -- I talked to him, too.
25    Q.    Okay.  So you talked to him and filed a

```
 1   written grievance?
 2        A.    Um-hum (affirmative).
 3        Q.    Did you talk to anybody else in the jail
 4   about this?
 5        A.    No.
 6        Q.    Any other correctional officers?
 7        A.    No.
 8        Q.    Or any of the other inmates?
 9        A.    No.
10        Q.    Did you talk to anybody on the outside
11   about it?
12        A.    No.
13        Q.    Okay.  The grievance that you filed, did
14   you ever get a response from the jail to that
15   grievance?
16        A.    I think the GBIs came.  After they found
17   out I had done got choked in jail, they came.
18        Q.    The GBI came, you think?
19        A.    Yeah.
20        Q.    But the jail itself -- so Adam Bell or
21   anybody else never gave you a written response to
22   that grievance?
23        A.    Adam came back and talked to me, I think.
24        Q.    Adam came and talked to you about it?
25        A.    Um-hum (affirmative).
```

1  Q. But he never gave you a piece of paper
2 saying a response to it?
3  A. Unh-unh (negative). They didn't give me
4 no paper or nothing like that.
5  Q. Okay. So you said you got out and went to
6 Georgia Regional; right?
7  A. Um-hum (affirmative).
8  Q. How -- how did that come about?
9  A. I don't know. They -- after I got
10 released they sent me straight there. That's all I
11 know.
12  Q. "They," being the Sheriff's Office?
13  A. Um-hum (affirmative).
14  Q. They arranged for you to go to Georgia
15 Regional?
16  A. Um-hum (affirmative).
17  Q. And that's in Savannah; right?
18  A. Um-hum (affirmative).
19  Q. How long were you at Georgia Regional for?
20  A. I done been three different times. I
21 can't remember.
22  Q. Okay. About how many times have you been
23 to Georgia Regional?
24  A. Three.
25  Q. Three?

1      A.      (Nods head affirmatively.)
2      Q.      And could you give me rough estimates of
3  the years that was?
4      A.      I -- I can't remember.
5      Q.      Was -- were any of them more than ten
6  years ago?
7      A.      No.
8      Q.      Okay.  So it's all within the last ten
9  years?
10     A.      Um-hum (affirmative).
11     Q.      And at least one of them was right after
12 January 29th, 2022?
13     A.      Um-hum (affirmative).
14     Q.      I'm looking back at Exhibit 1.  Just Page
15 3.  Item 17 says you were arrested on February 4th,
16 2022, for disorderly conduct in Baxley, Georgia.
17     A.      Um-hum (affirmative).
18     Q.      So if you got out after the 29th of
19 January and went to Georgia Regional and were back in
20 Baxley to be arrested on February the 4th, does that
21 give you an idea of how long you were in Georgia
22 Regional for?
23     A.      About two weeks, ain't it?  I guess.  I
24 don't know.
25     Q.      I've got that as about five days.

64

1     A.    Well, ...
2     Q.    Would it be unusual for you to go to
3 Georgia Regional for such a short period of time?
4     A.    No, sir.
5     Q.    No?  You've been in there before for a day
6 or two?
7     A.    Yes.  The last time I stayed one day.
8     Q.    One day?
9     A.    Um-hum (affirmative).
10     Q.    When was the last time you went?
11     A.    I can't remember, but I was -- I was
12 incarcerated in Jeff Davis, though.
13     Q.    So it was after that 2023 conviction?
14     A.    Um-hum (affirmative).
15     Q.    Okay.  That you were sent out to Georgia
16 Regional?
17     A.    Um-hum (affirmative).
18     Q.    And what kind of treatment are you
19 receiving at Georgia Regional?
20     A.    For bipolar schizophrenic.
21     Q.    Have you been diagnosed as being bipolar
22 or schizophrenic?
23     A.    Um-hum (affirmative).
24     Q.    Who diagnosed you with that?
25     A.    Georgia Regional.

1   Q.   Okay.  Was that diagnosis made before
2   January 29th, 2022?
3   A.   I -- I can't remember.  I think so.
4   Q.   Georgia Regional is the one made the
5   diagnosis?
6   A.   Um-hum (affirmative).
7   Q.   Okay.  When you went to Georgia Regional
8   after this happened, was that the first time you had
9   been there?
10  A.   I want to say it was.
11  Q.   So that was the first time you --
12  A.   No, the second time.
13  Q.   That was the second time?
14  A.   The second time.
15  Q.   Okay.  So you had been to Georgia Regional
16  before?
17  A.   Um-hum (affirmative).
18  Q.   And were treated for the same thing,
19  bipolar disorder and schizophrenia?
20  A.   Um-hum (affirmative).
21  Q.   Do you know the name of the doctor or
22  the psychiatrist that you worked with at Georgia
23  Regional?
24  A.   No, sir.
25  Q.   Are you on any medication or were you

66

1  supposed to be taking any medication for those
2  disorders?
3      A.   I'm taking medication for it now.
4      Q.   Were you supposed to be taking medication
5  for it back when this happened?
6      A.   No, sir.  They just had put me on it when
7  I went.
8      Q.   Okay.  So they put you on the medication
9  when you went there after this happened?
10     A.   Um-hum (affirmative).
11     Q.   Okay.  Every time you've been in Georgia
12 Regional has that been in connection with a Sheriff's
13 Department or GDC sending you there?
14     A.   No.  No.  My -- I think my sisters sent me
15 one time.
16     Q.   Okay.  So your sister sent you one time?
17     A.   Um-hum (affirmative).
18     Q.   Is bipolar disorder or schizophrenia
19 something you've struggled with before?
20     A.   Yes, sir.
21     Q.   About how long have you had those
22 disorders?
23     A.   It's been some years.
24     Q.   Is it something that you recognize you
25 struggle with?

1     A.    Yes, sir.

2     Q.    And how does that manifest itself?

3     A.    I couldn't tell you.

4     Q.    If you're having a schizophrenic episode
5 or a bipolar episode, do you have recollection of
6 what you were doing when that's going on?

7     A.    Sometimes.

8     Q.    Sometimes?

9     A.    Um-hum (affirmative).

10     Q.    When you got put back -- okay.  Scratch --
11 strike that.

12     You get out of Appling County Jail on the
13 29th, you go to Georgia Regional, you get arrested
14 again on the 4th, you go back to the Appling County
15 Jail?

16     A.    Um-hum (affirmative).

17     Q.    And about how long were you there that
18 time?

19     A.    Well, they -- they booked me and they sent
20 me to Hazlehurst.  Jeff Davis Jail.

21     Q.    That's when they sent you to Jeff Davis?

22     A.    Um-hum (affirmative).

23     Q.    Okay.  And how long did you stay in Jeff
24 Davis for?

25     A.    I can't remember.  I want to say about two

68

1  weeks.
2  Q. About two weeks, you said?
3  A. That's what I want to say.
4  Q. Okay. And then you got out and then you
5  were arrested again in March of that year for
6  disorderly conduct in Baxley again?
7  A. Um-hum (affirmative).
8  Q. So was that the last -- so when you got
9  arrested on March 11th, 2022, did they take you to
10 the Appling County Jail then?
11 A. Yes, but they took me to Hazlehurst.
12 Q. They took you to Hazlehurst again?
13 A. Um-hum (affirmative).
14 Q. Do you know why they were taking you to
15 Hazlehurst instead of to the Appling County Jail?
16 A. I think because of what happened between
17 me and Rentz.
18 Q. So do you know about how long you were in
19 Jeff Davis Jail after that March 11th arrest?
20 A. Unh-unh (negative). I don't know how long
21 I was locked up.
22 Q. Probably about the same amount of time?
23 A. Probably.
24 Q. A week or two?
25 A. Probably.

1  Q. Okay. And that's the last time you were
2  arrested until March 2023?
3  A. Um-hum (affirmative).
4  Q. So you were on the street, it's fair to
5  say, probably between the end of March of '22 and
6  March of '23?
7  A. Um-hum (affirmative).
8  Q. Were you taking your prescription
9  medications you were supposed to be taking --
10 A. Um-hum (affirmative).
11 Q. -- at that point?
12 A. Um-hum (affirmative).
13 Q. And did the prescription medication help
14 with your bipolar and schizophrenic episodes?
15 A. Yes.
16 Q. When you appeared -- when you had your
17 first appearance for the January 27th arrest, did you
18 say anything about what you alleged happened with you
19 and Mr. Rentz to the judge?
20 A. No.
21 Q. Okay. Were you contacted by the GBI as
22 part of their investigation?
23 A. Um-hum (affirmative).
24 Q. You were?
25 A. Yeah. They seen me before I got out of

```
                                                          70

1    jail.
2         Q.    So they came and talked with you while you
3    were still in there?
4         A.    Um-hum (affirmative).
5         Q.    Okay.  Are there any other mental
6    hospitals or places like Georgia Regional you've been
7    treated at?
8         A.    Nowhere but here.
9         Q.    Just here?
10        A.    ITF.
11        Q.    Go ahead.
12        A.    At this ITF.
13        Q.    So here you're being -- are you being
14   treated for the same thing?
15        A.    Yes, sir.
16        Q.    Have you ever been treated for drug abuse?
17        A.    No, sir.
18        Q.    Or alcohol abuse?
19        A.    No, sir.
20        Q.    Okay.  So it's just the mental --
21        A.    Um-hum (affirmative).
22        Q.    -- illness diagnosis that is your
23   treatment plan here?
24        A.    Um-hum (affirmative).
25        Q.    And what is your treatment plan here?
```

1    A.    They just give me medicine for it and I go
2  to group -- take classes.
3    Q.    Okay.  Did you ever talk with your family
4  about what happened between you and Mr. Rentz?
5    A.    Yeah.
6    Q.    Did you talk with anyone else outside of
7  your family?
8    A.    No, sir.
9        MR. TUTEN:  Let's take one more break and
10       then we can wrap up.
11       (Recess from 12:10 p.m. to 12:14 p.m.)
12       MR. TUTEN:  We can go back on the record.
13   Q.    (By Mr. Tuten)  Mr. Harris, you testified
14  earlier that you believed that Mr. Rentz made that
15  comment to you or treated you differently because you
16  were black; right?
17   A.    Um-hum (affirmative).
18   Q.    Can you give me any other examples of a
19  time where Mr. Rentz treated you differently because
20  you were black beyond what you've complained of in
21  this lawsuit?
22   A.    That was the first time I ever dealt with
23  him.
24   Q.    That's the first time you ever dealt with
25  him?