IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| TREMAR HARRIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WILLIAM RENTZ, et al.,<br><br>　　　　Defendants. | CIVIL ACTION NO.: 2:24-CV-9 |

### STATUS REPORT

With the discovery period having now concluded in the above captioned case, the Parties make the following report to the Court.

**I.　DISCOVERY**

　　A.　Is all discovery completed in this case?

　　　　☒ Yes　　　☐ No

- If "No", please list what discovery is remaining:

　　**N/A**

　　B.　Are there any discovery issues which have been or will be brought before the Court for resolution?

　　　　☐ Yes　　　☒ No

- If "Yes", please briefly explain:

　　N/A

**II.   SETTLEMENT**

    A.  Have the parties made efforts to resolve this case?

        ☒ Yes     ☐ No

- If "Yes", please explain those efforts:

A sister case, *Harris v. Brannon, et al.*, No. 2:24-CV-56, is also currently pending before this Court. Counsel for defendants in that matter have made a global settlement offer that would resolve both that case and this matter. Settlement negotiations remain ongoing.

    B.  Are the parties prepared to discuss settlement of this case with the Court at this time?

        ☐ Yes     ☒ No

- If "No", please explain:

The parties believe that they can reach settlement agreements in both matters without seeking assistance from the Court.

    C.  Are there any third parties and/or lien holders that should be included in any settlement discussions for this case?

        ☐ Yes     ☒ No

- If "Yes", please list those parties:

N/A

    D.  The Parties propose the following agreed upon dates, prior to the deadline for filing motions, for conducting a status conference.  (*Please provide several dates for the Court's consideration in scheduling.  Regardless of whether the Parties seek to discuss settlement, the Court may require that each party have a representative with full settlement authority present*.)

Cross-motions for summary judgment are pending before the Court and have been set for a hearing on December 16, 2024. When those motions have been resolved, the parties will provide the Court with their availability for a potential status conference.

**III.   MOTIONS**

    A.  The Plaintiff(s) anticipate filing the following Motions:

- ☐ None
- ☒ Motion for Summary Judgment
- ☐ Motion to Exclude Expert Testimony
- ☐ Other Motion(s) (Except for Motions in Limine), please explain:

        Click here to enter text.

    B.  The Defendant(s) anticipate filing the following Motions:

- ☐ None
- ☒ Motion for Summary Judgment
- ☐ Motion to Exclude Expert Testimony
- ☐ Other Motion(s) (Except for Motions in Limine), please explain:

        Click here to enter text.

**IV.   ADDITIONAL MATTERS**

If there are any other matters regarding this case that the Parties seek to bring to the Court's attention at this time, please briefly explain:

N/A


Dated:  October 17, 2024

        *s/ M. Waite Thomas*

        Counsel for Plaintiff(s)


        *s/ Ben T. Tuten*

        Counsel for Defendant(s)